# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00507-NYW-NRN

KELLY LANHAM, derivatively on behalf of LIGHTNING eMOTORS, INC.,

    Plaintiff,

v.

DR. AVI S. KATZ,
DR. RALUCA DINU,
NEIL MIOTTO,
BRAD WEIGHTMAN,
JOHN J. MIKULSKY,
ANDREA BETTI-BERUTTO,
PETER WANG,
ROBERT FENWICK-SMITH,
BRUCE COVENTRY,
KENNETH JACK,
WANDA JACKSON-DAVIS,
TIM REESER,
THADDEUS SENKO,
DIANA TREMBLAY, and
TERESA P. COVINGTON,

    Defendants,

and

LIGHTNING eMOTORS, INC.,

    Nominal Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, including the Order Granting Final Approval of Derivative Settlement entered by the Honorable Nina Y. Wang on April 22, 2024, and pursuant to Fed. R. Civ. P. 58(a), it is

ORDERED that Plaintiff's Unopposed Motion for Final Approval of Derivative Settlement [Doc. 54] is GRANTED.  It is

FURTHER ORDERED that the Settlement Agreement [Doc. 45-2] is APPROVED.  It is

FURTHER ORDERED that the Motion for the Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards [Doc. 55] is GRANTED.  It is

FURTHER ORDERED that Plaintiffs' counsel are awarded $500,000 in attorney's fees and expenses, from which $1,500 service awards shall be paid to Ms. Lanham; the *Uvaydov* plaintiff; and the *Bhavsar* plaintiff.

Dated at Denver, Colorado this 22nd day of April, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk